**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEN & JERRY'S FRANCHISE INC., a Vermont Corporation, and BEN & JERRY'S HOMEMADE, INC., a Vermont Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MPA GROUP, INC., a California corporation, and MEHRDAD PORGHAVAMI, an individual,<br><br>        Defendants. | CV 07-1210 LEW (KJM)<br><br>**ORDER DENYING DEFENDANTS' NOTICE OF REMOVAL OF ACTION**<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE** |

Before the Court is Defendants' "Notice of Removal of Action." For the reasons stated below, Defendants' request is **DENIED**.

At 1:32 P.M. EDT on June 21, 2007, Plaintiffs filed a complaint in the U.S. District Court for the District of Vermont, seeking damages and declaratory relief from

1

Defendants as a result of alleged breaches of a franchise agreement between Plaintiffs and Defendants.  Nearly an hour later, at 2:27 P.M. (EDT), Plaintiffs filed a virtually identical complaint in the U.S. District Court for the Eastern District of California.

On August 15, 2007, Defendants submitted a "NOTICE OF REMOVAL OF ACTION" to this Court.  As a removal action applies only to removing an action from a state court to a federal court, this Court will interpret this request as a Motion to Transfer the action between federal courts.  Nevertheless, this Court has no authority to transfer the Vermont action to California as Defendant requests.

When related complaints are filed in two federal district courts, each court has the discretion to transfer, stay, or dismiss the action.  <u>Alltrade, Inc. v. Uniweld Products, Inc.</u>, 946 F.2d 622, 623 (9th Cir. 1991).  The first-to-file rule was developed to provide an efficient resolution to this type of situation.  <u>Id.</u> at 625.  This rule counsels that whichever court was the first to receive a complaint should proceed to hear the case while the other court should dismiss the action.

Although the two complaints were filed on the same day, there is no question that the Vermont complaint was filed

first.  Additionally, Defendants fail to supply this Court with any justification for retaining the action in this jurisdiction.  Indeed, the Vermont action has proceeded further than the instant action, as Defendants have answered the Vermont complaint.

Therefore, the Court exercises its discretion and **DISMISSES** the action without prejudice.

Based on the dismissal, Defendants' Notice of Removal is **DENIED** as moot.

**IT IS SO ORDERED.**

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: September 17, 2007