IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN & JERRY'S FRANCHISING,
INC., a Vermont corporation,
and BEN & JERRY'S HOMEMADE,
INC., a Vermont corporation

      Plaintiffs

      v.                         CIV. NO. 07-1210-LEW-KJM

MPA GROUP, INC., a California
corporation, and MEHRDAD
PORGHAVAMI, an individual

      Defendants.
_____/    <u>RELATED CASE ORDER</u>

BEN & JERRY'S FRANCHISING,
INC., et al.

      Plaintiffs,

    v.                         CIV. NO. 07-2599-LKK-DAD

MPA GROUP, INC., et al.

      Defendants.
_____/

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters

1  to the same judge and magistrate judge is likely to effect a
2  substantial savings of judicial effort and is also likely to be
3  convenient for the parties.
4      The parties should be aware that relating the cases under
5  Local Rule 83-123 merely has the result that these actions are
6  assigned to the same judge and magistrate judge; no consolidation
7  of the actions is effected.  Under the regular practice of this
8  court, related cases are generally assigned to the judge and
9  magistrate judge to whom the first filed action was assigned.
10     IT IS THEREFORE ORDERED that the action denominated CIV.
11 NO.07-2599-LKK-DAD be reassigned to Judge Ronald S.W. Lew and
12 Magistrate Kimberly J. Mueller for all further proceedings, and
13 any dates currently set in this reassigned case only are hereby
14 VACATED.  The parties are referred to the attached Order
15 Requiring Joint Status Report.  Henceforth, the caption on
16 documents filed in the reassigned case shall be shown as CIV.
17 NO.07-2599-LEW-KJM
18     IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of civil cases to
20 compensate for this reassignment.
21     IT IS SO ORDERED.
22 DATED:  December 20, 2007
23
24                                    Ronald S.W. Lew
                                      Senior United States District Judge
25
26